1  Peter M. Stanwyck #051640
   LAW OFFICES OF PETER M. STANWYCK
2  409 13th Street, 20th Floor
   Oakland, California 94612
3  Telephone:   (510) 444-5082
   Facsimile:    (510) 834-0701
4  E-mail: peter@stanwycklaw.com

5  Attorneys for Plaintiffs RICHARD
   W. HELFRICH and JEANNETTE
6  N. HELFRICH

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 RICHARD W. HELFRICH and JEANNETTE        No. C06-0794 EMC
   N. HELFRICH,
12                                          PLAINTIFFS RICHARD W.
        Plaintiffs,                         HELFRICH AND JEANNETTE N.
13                                          HELFRICH'S THIRD AMENDED
        vs.                                 COMPLAINT
14
   BANC ONE LEASING CORP., ASSET
15 MANAGEMENT SERVICES, DAVID J.
   FULLER,  and DOES ONE through
16 TWENTY, inclusive,

17      Defendants.

18

19 COME NOW the Plaintiffs, Richard W. Helfrich and Jeannette N. Helfrich, and

20 allege the following causes of action under state law:

21                    **GENERAL ALLEGATIONS**

22 1.     Plaintiff Richard W. Helfrich ("Helfrich") is an individual, with his principal

23 place of residence in Alameda County, California.  Plaintiff Jeannette N. Helfrich

24 is an individual, with her principal place of residence in Alameda County,

25 California.  The plaintiffs are husband and wife.

26 2.     Defendant Chase Equipment Leasing, Inc., as successor-in-interest to

27 Banc One Leasing Corporation (Banc One), is an Ohio corporation registered and

28 authorized to do business in the State of California by the California Secretary of

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ◆ Oakland, California 94612
Telephone: 510-444-5082 ◆ Fax: 510-834-0701

1  State.

2  3.      Defendant Asset Management Services LLC ("AMS LLC") is a Florida

3  limited liability corporation.  AMS LLC does business in the State of California

4  and, among other things, attempts to collect judgments rendered by the courts

5  of the State of California from judgment debtors in the State of California.

6  4.      Defendant Alan Woodard ("Woodard") is an individual and is a resident of

7  the City of Gulf Breeze, Florida.  Woodward is, and at all times herein mentioned

8  was, the sole owner of AMS LLC.

9  5.      There exists, and at all times herein mentioned there existed, a unity of

10  interest and ownership between Woodard and AMS LLC, such that any

11  individuality and separateness between Woodard and AMS LLC have ceased,

12  and AMS LLC is the alter ego of Woodard in that AMS LLC is, and at all times

13  herein mentioned was, a mere shell, instrumentality, and conduit through which

14  Woodard carried on his business in the corporate name exactly as he had

15  conducted it previous to formation, exercising complete control and dominance

16  of such business to such an extent that any individuality or separateness of

17  AMS LLC and Woodard does not, and at all times herein mentioned did not,

18  exist.

19  6.      Defendant David J. Fuller ("Fuller") is an individual.  The plaintiffs are

20  informed and believe and on such information and belief allege that Fuller is a

21  resident of Los Angeles County California, that he is a licensed California

22  attorney, and that he maintains his law office in the City of Newhall, Los

23  Angeles County, California.

24  7.      The plaintiffs do not know the true names and capacities of the

25  defendants sued as Doe One through Doe Twenty, inclusive.  The plaintiffs will

26  seek leave to amend to insert their true names and capacities when they are

27  known to the plaintiffs.

28  8.      The plaintiffs are informed and believe and on such information and belief

LAW OFFICES OF PETER M. STANWYCK
409 - 13ᵗʰ Street, 20ᵗʰ Floor ◆ Oakland, California 94612
Telephone: 510-444-5082 ◆ Fax: 510-834-0701

1  allege that each of the defendants herein, including the fictitiously named

2  defendants, was the agent, employee, partner, or joint venturer of each of the

3  other defendants, and in performing each of the acts alleged herein, each was

4  acting within the course and scope of said relationships with the knowledge,

5  consent or acquiescence of the other defendants.  Specifically, but without

6  limitation, AMS LLC was Banc One's agent at all times relevant to this

7  complaint and in doing the things alleged below; and Fuller was the agent of

8  AMS LLC and Banc One at all times relevant to this complaint and in doing the

9  things alleged below.

10  9.     In the mid-1990's Banc One obtained the Lease Judgment.

11  10.    Richard W. Helfrich, plaintiff in this action, is not the Richard Helfrich who

12  is the judgment debtor of the Lease Judgment.

13  11.    AMS LLC undertook collection efforts on behalf of Banc One.  Banc One

14  assigned the Lease Judgment to AMS LLC for collection purposes, and retained

15  some right, title or interest in the Lease Judgment or money collected in

16  satisfaction of the Lease Judgment.

17  12.    In late 2002, Woodard and AMS LLC incorrectly identified plaintiff

18  Helfrich as the individual who was the subject of the Lease Judgment and

19  undertook collection efforts against plaintiffs, including the retention of Fuller.

20  13.    On or about March 27, 2003, Fuller renewed the Lease Judgment on

21  behalf of AMS LLC and Banc One.  On or about April 10, 2003, Fuller obtained

22  a writ of execution.

23  14.    Subsequent to obtaining the writ of execution, Fuller directed Same Day

24  Attorney Service, a registered process server, to levy on "ANY AND ALL

25  FUNDS IN THE POSSESSION, CUSTODY OR CONTROL OF SALOMAM, [sic]

26  SMITH BARNEY, 6160 STONERIDGE MALL RD., #150, PLEANTON, [sic] CA

27  94588, HELD IN THE NAME OF THE JUDGMENT DEBTOR, INCL. PROP. OF

28  JEANETTE HELFRICH, SPOUSE OF JUDGMENT DEBTOR, INCLUDING BUT NOT

LAW OFFICES OF PETER M. STANWYCK
409 - 13ᵗʰ Street, 20ᵗʰ Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

1 LIMITED TO DEPOSIT ACCOUNTS AND SECURITY INSTRUMENTS."  Same Day

2 Attorney Service thereafter served the writ on SmithBarney Citigroup

3 ("SmithBarney") in which plaintiffs held accounts, and served it on the plaintiffs

4 by mail.

5 15.    On or about May 16, 2003, pursuant to the writ of execution

6 SmithBarney disbursed $73,034.13 from an account owned by plaintiffs to the

7 Alameda County Sheriff.

8 16.    As a consequence of Fuller's actions on behalf of AMS LLC and Banc

9 One, the plaintiffs were forced to retain counsel and prosecute a Code of Civil

10 Procedure section 720.110 Third Party Claim action in an effort to recover the

11 funds.

12 17.    In addition, from April 29, 2003 through the initial hearing on the Third

13 Party Claim on July 17, 2003, Fuller engaged in a pattern of conduct that was

14 intended to and did delay and confound the efforts of plaintiffs and their counsel

15 to obtain release of the funds that Fuller had wrongfully had seized from the

16 plaintiffs' account.  Among other things Fuller:

17        a.    Failed and refused to cause the return of the funds after repeated

18             requests;

19        b.    Failed and refused to respond, or responded in an untimely fashion

20             to communications and correspondence;

21        c.    Refused to honor numerous requests for any evidence or basis for

22             his contention that plaintiff Helfrich was the judgment debtor in the

23             Lease Judgment;

24        d.    Failed and refused to honor requests from plaintiffs' counsel for

25             any information regarding the nature, substance or status of the

26             underlying Lease Judgment;

27        e.    Filed an ex parte motion for an injunction against the Sheriff of

28             Alameda County from releasing the funds in response to the Third

LAW OFFICES OF PETER M. STANWYCK
409 - 13ᵗʰ Street, 20ᵗʰ Floor ◆ Oakland, California 94612
Telephone: 510-444-5082 ◆ Fax: 510-834-0701

1    Party Claim; and

2    f.    Sought extensive delays of the hearing on the Third Party Claim.

3    18.    Fuller engaged in this pattern of conduct without evidentiary support for

4    the position that the assets of plaintiffs were subject to the Lease Judgment.

5    19.    The defendants' conduct was intended to coerce the plaintiffs into paying

6    or settling the Lease Judgment debt for which the plaintiffs had no

7    responsibility.  The defendants' conduct was intended to accomplish this by

8    causing both financial losses and emotional distress to the plaintiffs, or was

9    done negligently and with reckless disregard for the financial losses and

10   emotional distress it would cause the plaintiffs, and was done without

11   justification or legitimate purpose, with the sole objective of compelling the

12   plaintiffs to pay money to the defendants and their principals that the plaintiffs

13   did not and do not owe.

14   20.    The defendants ultimately abandoned the levy and stipulated to release of

15   the funds, but not until plaintiffs had been deprived of use of their funds for

16   more than three months and thereby incurred losses on sale of assets, lost

17   opportunities for investment, incurred substantial attorneys' fees, and suffered

18   severe emotional distress.

19   **JURISDICTION AND INTRA DISTRICT ASSIGNMENT**

20   21.    The defendants removed this action to federal court, pursuant to 28

21   U.S.C. 1441(b), on February 6, 2006.

22   **FIRST CAUSE OF ACTION - ABUSE OF PROCESS**

23   22.    The plaintiffs incorporate by this reference all of the allegations of

24   paragraphs 1 through 20, inclusive, as if fully set forth here.

25   23.    The defendants' attachment and levy on the plaintiffs' account was for

26   an improper purpose and not the purpose that the process was intended to

27   achieve, in that the defendants sought to compel payment or settlement of the

28   Lease Judgment from persons who were not the judgment debtor.

LAW OFFICES OF PETER M. STANWYCK
409 - 13ᵗʰ Street, 20ᵗʰ Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

24.     The defendants' conduct caused the plaintiffs to have to liquidate assets at a loss in order to replace the funds needed for investment and to pay their living expenses.

25.     The defendants' conduct caused the plaintiffs to incur substantial attorneys' fees to oppose and defeat the levy in an effort to recover the funds that defendants had caused to be seized from plaintiffs' account.

26.     As a consequence, the plaintiffs have suffered damages in an amount to be proven at trial, and which is in excess of $25,000.00.

27.     The defendants' conduct was outrageous and was done intentionally and with malice and oppression.

**SECOND CAUSE OF ACTION - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

28.     The plaintiffs incorporate by this reference all of the allegations of paragraphs 1 through 20, and 23 through 27, inclusive, as if fully set forth here.

29.     The defendants' conduct was intended to cause emotional distress to the plaintiffs, or was done with reckless disregard of the probability that the plaintiffs would suffer emotional distress.

30.     The plaintiffs both suffered severe emotional distress as a direct result of the defendants' conduct.

31.     The defendants' conduct was outrageous and was done intentionally and with malice and oppression.

**THIRD CAUSE OF ACTION - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

32.     The plaintiffs incorporate by this reference all of the allegations of paragraphs 1 through 20, and 23 through 27, inclusive, as if fully set forth here.

33.     The defendants were negligent in their identification of the persons and assets against which they attempted to collect the Lease Judgment.

34.     As a result of the defendant's negligence, the plaintiffs suffered serious

1    emotional distress.

2    **FOURTH CAUSE OF ACTION - MALICIOUS PROSECUTION**

3    35.    The plaintiffs incorporate by this reference all of the allegations of

4    paragraphs 1 through 34, inclusive, as if fully set forth here.

5    36.    Defendants' initiated and failed to withdraw legal proceedings maliciously

6    and without probable cause against plaintiffs.

7    37.    The defendants' attachment and levy on the plaintiffs' account was for

8    an improper and malicious purpose and not the purpose that the legal

9    proceeding was intended to achieve, in that the defendants sought to compel

10   payment or settlement of the Lease Judgment from persons the knew or should

11   have known who were not the judgment debtor.

12   38.    The defendants' knew that the real judgment debtor had a different social

13   security number, different date of birth, different spouse, different residence,

14   different employment and different credit listing than the plaintiff.

15   39.    The defendants' conduct caused $73,034.13 from an account owned by

16   plaintiffs to be withdrawn and disbursed to the Alameda County Sheriff.

17   40.    Plaintiffs did not receive back their wrongfully attached monies until

18   defendants release the attachment an order entered on July 23, 2003 to release

19   the attachment.

20   41.    The defendants' conduct was outrageous and was done intentionally and

21   with malice and oppression and thus, they are hereby entitled to punitive

22   damages.

23   42.    The defendants' conduct caused the plaintiffs to incur substantial

24   attorneys' fees to oppose and defeat the levy in an effort to recover the funds

25   that defendants had caused to be seized from plaintiffs' account.

26   43.    The legal proceedings against plaintiffs were terminated in plaintiffs'

27   favor.

28   44.    As a consequence of defendants' actions, the plaintiffs have suffered

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

1   damages in an amount to be proven at trial, and which is in excess of

2   $25,000.00.

3   45.   As a consequence of defendants' actions, the plaintiffs suffered serious

4   emotional distress.

5   **FIFTH CAUSE OF ACTION - INVASION OF PRIVACY**

6   46.   The plaintiffs incorporate by this reference all of the allegations of

7   paragraphs 1 through 45, inclusive, as if fully set forth here.

8   47.   Defendants', through the actions of Woodard, who herein acted on behalf

9   of Banc One, AMS LLC, and Fuller, knowingly obtaining private and personal

10  information about plaintiffs by fraudulently, deceptively, unconscionably,

11  unfairly, and maliciously pretending to be a company called the "Dial Group" in

12  order to send a consumer survey and a $10.00 check to plaintiffs to collect

13  plaintiffs' private information.

14  48.   Woodard intruded into the privacy of plaintiffs by pretending to be a

15  company called the "Dial Group," which Woodard misrepresented to be

16  collecting information for national companies through a consumer survey which

17  requested private and personal consumer oriented information.

18  49.   Woodard pretended to be the "Dial Group" and offered plaintiffs a check

19  along with the consumer survey for $10.00 from the "Dial Group" to induce

20  plaintiffs into participating in their consumer survey.

21  50.   Woodard's manner of intrusion was highly offensive because it deceived

22  plaintiffs into believing that they were entering into a consumer relationship with

23  the "Dial Group", thus causing plaintiffs to reveal personal and private

24  information, when, in fact, they were revealing private information to Woodard

25  and Defendants for the purposes of having a debt collected against them.

26  51.   As a consequence, plaintiffs cashed the check for $10.00 and revealed

27  their bank account information and filled out the consumer survey revealing that

28  their "favorite place to bank" was Smith Barney.

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

52.     Woodard released this information to Defendants without plaintiffs

knowledge for the purposes of collecting a debt from plaintiffs and shortly

thereafter, Defendants effected a writ of execution against plaintiffs' Smith

Barney account.

53.     As a consequence of defendants' actions, the plaintiffs have suffered

damages in an amount to be proven at trial, and which is in excess of

$25,000.00.

54.     As a consequence of Defendants' actions, the plaintiffs suffered serious

emotional distress.

## SIXTH CAUSE OF ACTION - FRAUD

55.     The plaintiffs incorporate by this reference all of the allegations of

paragraphs 1 through 54, inclusive, as if fully set forth here.

56.     Defendants', through the actions of Woodard, who herein acted on behalf

of Banc One, AMS LLC, and Fuller, knowingly obtaining private and personal

information about plaintiffs by fraudulently, deceptively, unconscionably,

unfairly, and maliciously pretending to be a company called the "Dial Group" in

order to send a consumer survey and a $10.00 check to plaintiffs to collect

plaintiffs' private information.

57.     Woodard pretended to be a company called the "Dial Group," which

Woodard misrepresented to be collecting information for national companies

through a consumer survey which requested private and personal consumer

oriented information.

58.     Woodard pretended to be the "Dial Group" and offered plaintiffs a check

along with the consumer survey for $10.00 from the "Dial Group" to induce

plaintiffs into participating in their consumer survey.

59.     Woodard's true intention was that plaintiffs rely upon his

misrepresentations and deceptions and enter into a relationship with the "Dial

Group" by depositing the $10.00 check and answering a consumer survey in

LAW OFFICES OF PETER M. STANWYCK
409 - 13ᵗʰ Street, 20ᵗʰ Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

1  which they revealed private and personal information about themselves to the

2  "Dial Group".

3  60.     Woodard's true intention was to collect plaintiffs' personal and private

4  banking information for the purposes of using the information to collect a debt

5  against plaintiffs.

6  61.     Plaintiffs justifiably relied upon the misrepresentations and deceptions of

7  Woodard through the "Dial Group" and cashed the check for $10.00, thus

8  revealing their bank account information and filled out the consumer survey,

9  thus revealing that their "favorite place to bank" was Smith Barney.

10  62.     Woodard released this information to Defendants without plaintiffs

11  knowledge for the purposes of collecting a debt from plaintiffs and shortly

12  thereafter, Defendants effected a writ of execution against plaintiffs' Smith

13  Barney account.

14  63.     As a consequence of defendants' actions, the plaintiffs have suffered

15  damages in an amount to be proven at trial, and which is in excess of

16  $25,000.00.

17  64.     As a consequence of defendants' actions, the plaintiffs suffered serious

18  emotional distress.

19              **SEVENTH CAUSE OF ACTION - DECEPTIVE PRACTICES**

20                        **(Civil Code §§ 1788 et seq.)**

21  65.     The plaintiffs incorporate by this reference all of the allegations of

22  paragraphs 1 through 64, inclusive, as if fully set forth here.

23  66.     Plaintiffs were not in a commercial or business relationship with

24  Defendants, however, Defendants, by misrepresenting themselves to be the

25  "Dial Group", induced Plaintiffs to enter into a consumer relationship with it

26  when it offered a check for $10.00 to Plaintiffs. which Plaintiffs cashed, in

27  return for filling out a consumer survey in which they revealed information about

28  their private and personal practices as consumers.

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ◆ Oakland, California 94612
Telephone: 510-444-5082 ◆ Fax: 510-834-0701

67.     Defendants', through the actions of Woodard, who herein acted on behalf of Banc One, AMS LLC, and Fuller, knowingly invaded the privacy of plaintiffs and obtained private and personal information about plaintiffs by fraudulently, deceptively, unconscionably, unfairly, and maliciously pretending to be a company called the "Dial Group" in order to send a consumer survey and a $10.00 check to plaintiffs to collect plaintiffs' private information.

68.     Woodard failed to disclose his identity at first contact with plaintiffs and, instead, identified himself as a company called the "Dial Group" which Woodard misrepresented to be conducing a consumer survey for national companies.

69.     Woodard failed to send written verification and notice within 5 days of his initial contact with Plaintiffs.

70.     Woodard pretended to be the "Dial Group" and offered plaintiffs a check along with the consumer survey for $10.00 from the "Dial Group" to induce plaintiffs into participating in their consumer survey.

71.     Woodard's true intention was that plaintiffs rely upon his misrepresentations and deceptions and enter into a relationship with the "Dial Group" by depositing the $10.00 check and answering a consumer survey in which they revealed private and personal information about themselves to the "Dial Group".

72.     Woodard's true intention was to collect plaintiffs' personal and private banking information for the purposes of using the information to collect a debt against plaintiffs.

73.     Plaintiffs justifiably relied upon the misrepresentations and deceptions of Woodard through the "Dial Group" and cashed the check for $10.00, thus revealing their bank account information and filled out the consumer survey, thus revealing that their "favorite place to bank" was Smith Barney.

74.     Woodard released this information to Defendants without plaintiffs knowledge for the purposes of collecting a debt from plaintiffs and shortly

1  thereafter, Defendants effected a writ of execution against plaintiffs' Smith

2  Barney account.

3  75.   As a consequence of defendants' actions, the plaintiffs have suffered

4  damages in an amount to be proven at trial, and which is in excess of

5  $25,000.00.

6  76.   As a consequence of defendants' actions, plaintiffs incurred attorneys'

7  fees and pursuant to Civil Code §1788.30, plaintiffs are entitled to attorneys'

8  fees and costs and interests for defendants' actions in violation of C.C. §§

9  1788 et seq.

10  77.   As a consequence of defendants' actions, the plaintiffs suffered serious

11  emotional distress.

12

13                        **PRAYER FOR RELIEF**

14  WHEREFORE the plaintiffs pray judgment:

15  1.    For damages in an amount to be proven at trial, and which in excess of

16  $25,000.00, in compensation for their direct financial losses, attorneys' fees

17  incurred in obtaining release of their funds, and lost concrete and non-

18  speculative investment opportunities as will be established at the trial of this

19  matter;

20  2.    For general damages for the emotional distress caused by the defendants'

21  conduct;

22  3.    For punitive damages in an amount sufficient to punish the defendants

23  and deter them from future conduct of the kind that has harmed the plaintiffs;

24  4.    For interest at the legal rate from the date of filing of this complaint;

25  5.    For attorneys' fees; and

26  6.    For such other relief as this court deems just and proper.

27  ///

28  ///

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701



Date: February 14, 2006          LAW OFFICES OF PETER M. STANWYCK


                                          /S/
                              _____

                              By: Peter M. Stanwyck
                              Attorneys for Plaintiffs RICHARD W. HELFRICH
                              and JEANNETTE N. HELFRICH

LAW OFFICES OF PETER M. STANWYCK
409 - 13ᵗʰ Street, 20ᵗʰ Floor ◆ Oakland, California 94612
Telephone: 510-444-5082 ◆ Fax: 510-834-0701