Peter M. Stanwyck #051640
LAW OFFICES OF PETER M. STANWYCK
409 13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 444-5082
Facsimile: (510) 834-0701
peter@stanwycklaw.com

Attorneys for Plaintiffs RICHARD W. HELFRICH and JEANNETTE N. HELFRICH

RECEIVED
FEB 17 PM 12: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

FILED
MAY 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. HELFRICH, and
JEANNETTE N. HELFRICH

    Plaintiffs,

vs.

CHASE EQUIPMENT LEASING, INC., as successor-in-interest- to BANC ONE LEASING CORP., ASSET MANAGEMENT SERVICES, LLC, DAVID J. FULLER, ALAN WOODARD, and DOES ONE through TWENTY, inclusive,

    Defendants.

No. C 06 0794 MHP

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT

Date: March 27, 2006
Time: 2:00 p.m.
Courtroom: 15

On March 27, 2006, at 2:00 a.m., before the Honorable Marilyn Hall Patel, United States District Court Judge, plaintiffs' motion to remand this action to state court was ~~heard~~ *considered*. The Court, having read plaintiffs' moving papers and defendants' opposition, and considered the argument of counsel *and indicating its intent to remand the action, and* grants plaintiffs' motion to remand this action to the Superior Court of California, County of Alameda. *the parties having settled the claims as to defendants Chase Equipment Leasing Inc.,*

///

///

///

ORDER GRANTING PLAINTIFFS' MOTION TO
REMAND TO STATE COURT; CASE NO. C 06 0794
MHP
    Page 1

*[Handwritten annotation at top: The court shall transmit forthwith a certified copy of this order to the Clerk of the Superior Court of Alameda County. The Clerk shall close the file.]*

1  IT IS SO ORDERED.

3  DATED: 5/16/06

                                         Honorable Marilyn Hall Patel
                                         United States District Court
                                         Northern District of California

LAW OFFICES OF PETER M. STANWYCK
409 - 13th Street, 20th Floor ♦ Oakland, California 94612
Telephone: 510-444-5082 ♦ Fax: 510-834-0701

ORDER GRANTING PLAINTIFFS' MOTION TO
REMAND TO STATE COURT; CASE NO. C 06 0794
MHP                                                         Page 2